IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARIO ALBERTO TELLEZ,<br><br>　　　　Defendant. | No. CR 03-0295-19 CRB<br><br>**ORDER** |

The Court, having accepted Defendant's plea of guilty to a violation of the conditions of his supervised released (as charged in count 3 of Probation Form 12), defers Defendant's sentencing at this time. The Court will hold a status hearing in this matter on September 1, 2010.

In the light of the foregoing, Defendant is to be released from federal custody immediately. Defendant is ordered to report within two weeks to officials at District Court for the Seventh District Court of the State of Utah. The courthouse where Defendant is ordered to report is located at 125 East Center St., Moab, UT 84532.

**IT IS SO ORDERED.**

Dated: May 26, 2010

　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\0295\Order re Release from Custody.wpd